```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 35382
  COLLEEN D STRAUBE
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-3225
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/02/05 and confirmed on 10/28/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 35119.81 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 7162.69 | 277.36 | 7162.69 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| LAGRANGE EMERGENCY PHYSI | UNSECURED | NOT FILED | .00 | .00 |
| WOLPOFF & ABARAMSON | UNSECURED | NOT FILED | .00 | .00 |
| WOLPOFF & ABARAMSON | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1608.02 | .00 | 1608.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20781.07 | .00 | 20781.07 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7162.69 | .00 | 22389.09 | .00 | 29551.78 |
| PRINCIPAL PAID | 7162.69 | .00 | 22389.09 | .00 | 29551.78 |
| INTEREST PAID | 277.36 | .00 | .00 | .00 | 277.36 |
| TOTAL PAID | 7440.05 | .00 | 22389.09 | .00 | 29829.14 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00 and was paid $  2700.00 .

The Trustee received $  1303.05 .

Refunds to the Debtor totaled $  1287.62 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE








                              PAGE  2
          CASE NO. 05 B 35382 COLLEEN D STRAUBE